### UNITED STATES COURT OF APPEALS
### FOR THE FIFTH CIRCUIT

_____

## No. 96-50101
_____

**ANGEL CINTRON AND LUIS PALACIOS, IN THEIR OWN BEHALF AND IN BEHALF OF ALL OTHER EMPLOYEES OF DEFENDANT SIMILARLY SITUATED, ET AL.,**

                    **Plaintiffs-Appellees, Cross Appellants,**

**JEFFREY B. ALLEN, ET AL.,**

                    **Plaintiffs-Appellees,**

                    **versus**

**CROWN LEASING CORPORATION AND ROBERT WHITE,**

                    **Defendants-Appellants, Cross Appellees.**
_____

**Appeals from the United States District Court
for the Western District of Texas
(EP-94-CV-214)**
_____

June 2, 1997

Before REAVLEY, KING, and BARKSDALE, Circuit Judges.

PER CURIAM:[*]

Having reviewed the briefs and the record, and having considered the numerous issues presented on appeal and cross-appeal, we conclude that the judgment should be affirmed, except as to punitive damages being awarded to two plaintiffs. That portion

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

of the judgment is vacated.  See *Dean v. American Sec. Ins. Co.,* 559 F.2d 1036, 1039-40 (5th Cir. 1977).

*AFFIRMED IN PART* and *REVERSED AND VACATED IN PART*